SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 FEB 17 PM 4: 30

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIBERTO IGNACIO GARCIA,

        Defendant.

8:21CR 38

INDICTMENT

8 U.S.C. § 1326(a)

The Grand Jury charges that

### COUNT I

On or about July 1, 2019, in the District of Nebraska, the defendant, ERIBERTO IGNACIO GARCIA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____
    SEAN P. LYNCH, #25275
    Assistant U.S. Attorney